**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Eunice Raquel Flores Thomas,**

**Plaintiff,**

**-against-**

**AAM Holding Corp., et al.,**

**Defendants.**

**1:24-cv-07253 (MKV) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that the parties shall file a joint letter on April 30, 2026 regarding the status of expert discovery.

**SO ORDERED.**

Dated:    New York, New York
          April 6, 2026

_____
STEWART D. AARON
United States Magistrate Judge